UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:08-CR-75-D-3

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| JIMMY JERALD BROWN | |

On motion of the Defendant, Jimmy Jerald Brown, and for good cause shown, it is hereby ORDERED that the [DE107] and [ DE 108] be sealed until further notice by this Court.

SO ORDERED. This 28 day of August 2017.

JAMES C. DEVER III
Chief United States District Judge